# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEMIAN DOMINGUEZ, A/K/A DAMIAN VAZQUEZ DOMINGUEZ,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 69044

**FILED**

JUN 2 2 2016

TRACIE K. LINDEMAN
**CLERK OF SUPREME COURT**
BY S. Young
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Kerry Louise Earley, Judge.

Appellant filed his postconviction petition on July 30, 2015, nearly five years after the remittitur issued on direct appeal on December 10, 2010. *Dominguez v. State*, Docket No. 55061 (Order of Affirmance, January 4, 2011). Therefore, the petition was untimely filed. *See* NRS 34.726(1). Additionally, the petition was successive as appellant previously sought postconviction relief. *See* NRS 34.810(1)(b)(2). The petition was procedurally barred absent a showing of good cause and prejudice. *See* NRS 34.726(1); NRS 34.810(1)(b); NRS 34.810(3).

As cause to overcome the procedural bars, appellant contends that the State withheld the murder victim's medical records in violation of *Brady v. Maryland*, 373 U.S. 83 (1963). Because appellant failed to demonstrate that State violated *Brady*, his good-cause claim lacks merit. Moreover, appellant raised several of his claims on direct appeal or in a previous petition and they were rejected by this court on appeal. *See Dominguez v. State*, Docket No. 59966 (Order of Affirmance, July 25,

16-19509

2012); *Dominguez v. State*, Docket No. 55061 (Order of Affirmance, December 10, 2010). Those claims are barred by the law-of-the-case doctrine and he has articulated no basis justifying further consideration of those claims. *See Hsu v. Eighth Judicial Dist. Court*, 123 Nev. 625, 629-30, 173 P.3d 724, 728 (2007). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Douglas

_____, J.
Gibbons


CHERRY, J., dissenting:

I dissent. I would remand this matter to the district court for an evidentiary hearing on appellant's claim of good cause to overcome the procedural bars.

_____, J.
Cherry


cc:  Hon. Kerry Louise Earley, District Judge
Demian Dominguez
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk